UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 24 2017

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | JAMES W. McCORMACK, CLERK |
| | ) | By: _____ DEP CLERK |
| v. | ) | Case No. 4:17CR00190 JM |
| | ) | |
| CORRIE CORVELL WILLIAMS | ) | **UNDER SEAL** |

## ORDER

The United States of America's motion to unseal indictment is granted. The Indictment in this matter shall be unsealed at 9:00 a.m. on Tuesday, July 25, 2017.

_____
UNITED STATES MAGISTRATE JUDGE